COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Deniven Dupree Bell v. The State of Texas

Appellate case number:    01-17-00526-CR

Trial court case number:    A-16-0822-SB

Trial court:    51st District Court of Tom Green County

Appellant's court-appointed counsel has filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Although he requests to be allowed to withdraw in his brief, counsel has not filed a motion to withdraw from representation. An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we direct appellant's appointed counsel, Joseph P. Johnson, to file with the Clerk of this Court within 14 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
　　　　　　　　☑ Acting individually　　□ Acting for the Court

Date: November 21, 2017